IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANTE JORDAN,** <br><br> Plaintiff, <br><br> vs. <br><br> **CSX TRANSPORTATION, INC., AND JOHN DOES 1-3** <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 2:24-cv-00422 <br> : <br> : <br> : **JURY TRIAL DEMANDED** <br> : |

### DEFENDANT CSX TRANSPORTATION, INC.'S MOTION TO DISMISS

Defendant CSX Transportation, Inc. ("CSXT") moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Shante Jordan's Complaint[1] for failure to state a claim upon which relief may be granted.  This motion is supported by the accompanying Memorandum of Law, which is being filed contemporaneously and which CSXT incorporate by reference.

                                                               **DUANE MORRIS LLP**

                                                            */s/ Sharon L Caffrey*
                                                            Sharon L. Caffrey (49519)
                                                            Harry M. Byrne (311733)

---

[1] The Court's docket shows Plaintiff has counsel through Allan J. Aigeldinger, Esq., but Plaintiff is *pro se* in this action and Mr. Aigeldinger was granted permission to withdraw as counsel in state court prior to removal to this Court.  Plaintiff filed this action through counsel in the Court of Common Pleas for Philadelphia County. On December 6, 2023, Mr. Aigeldinger filed a Motion to Withdraw Appearance, which was heard before Judge Joshua Roberts on January 9, 2024.  ECF No. 1-4 at 17 of 65. The Court granted the Motion at the hearing and entered an Order on January 10, 2024, prior to CSXT filing its Notice of Removal.  *Id.* at 43 of 65.  Because Plaintiff is *pro se*, CSXT has not sought a pre-motion conference as required by the Court's Policies and Procedures.  *See* Procedures, Civil Matters at 1 (discussing pre-motion conference requirements and stating "[t]his procedure does not apply in cases in which either side is pro se, or in bankruptcy or social security appeals.")

                                                Emily Bley (329197)  
                                                30 South 17th Street  
                                                Philadelphia, PA 19103-4196  
                                                Telephone: +1 215 979 1000  
                                                Fax: +1 215 979 1020  
                                                slcaffrey@duanemorris.com  
                                                hmbyrne@duanemorris.com  
                                                maruth@duanemorris.com

                                                *Attorneys for Defendant CSX Transp., Inc.*

Dated: February 13, 2024